| | | | |
|---|---|---|---|
| BEFORE: | PEGGY KUO | DATE: | 4/13/2017 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 9:29 a.m. |
| | | END TIME: | 9:48 a.m. |
| DOCKET NO. CV-13-6142 | | JUDGE: | NG |

CASE NAME:    Shepherd v. City of New York et al.


CIVIL CONFERENCE

PURPOSE OF CONFERENCE:    Motion Hearing

APPEARANCES:    Plaintiff:    Vikrant Pawar, Esq.
                Defendants:   Deborah L. Mbabazi, Esq.

**SCHEDULING AND RULINGS:**

1. The Court heard argument on Defendants' motion to compel at [72]. Defendants' motion to compel is denied in part and granted in part.

2. The Court denied the motion to compel with regard to Defendants' requests for information concerning Plaintiff's medical coverage at the time he sought treatment from the following:

   a. a chiropractor as a result of injuries sustained in a 2004 car accident;

   b. Kings County hospital as a result of injuries sustained from a 2014 hand injury.

   Plaintiff's counsel represented that his client does not remember whether he had private medical insurance, Medicare or Medicaid at those times.

3. The Court granted the motion to compel as follows:

   a. Plaintiff is ordered to provide Defendants executed authorizations for Plaintiff's employment records with the two employers named in Plaintiff's March 2, 2017 affidavit, filed at [70-1], by the close of discovery on April 14, 2017.

   b. Plaintiff is ordered to provide Defendants the phone numbers and addresses of witnesses Donald Ralph and Rosemarie Ralph as soon as possible and before the close of discovery on April 14, 2017.

   c. Plaintiff is ordered to confirm that he sought treatment for his 2014 hand injury only from Kings County Hospital.

1

4. Plaintiff is ordered to provide Defendants with a signed statement of answers confirming information provided by Plaintiff's counsel in the email chain submitted to the Court at [72-1].

5. Defendants' counsel is ordered not to begin the April 13, 2017 deposition of witness Lauren Anthony until Plaintiff's counsel is present.

6. Discovery closes on **April 14, 2017. No further extensions will be granted.**

7. Any dispositive motions the parties may wish to file for a pre-motion conference before Judge Gershon are due **May 5, 2017**.